UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIERRA M. SWEETING,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL BUREAU OF INVESTIGATION, et al.,<br><br>Defendants. | No. 2:23-cv-2807-DJC-SCR<br><br><br><br>ORDER TO SHOW CAUSE |

Plaintiff Sierra M. Sweeting is proceeding in this action pro se. This matter was referred to the undersigned in accordance with Local Rule 302(c)(21) and 28 U.S.C. § 636(b)(1). On December 4, 2023, plaintiff filed a complaint and a motion to proceed in forma pauperis ("IFP"). ECF Nos. 1 and 2. On April 23, 2024, this court screened the complaint per the screening process required by the IFP statute and dismissed the complaint for failure to comply with Federal Rule of Civil Procedure 8 and failure to state a claim. ECF No. 5. The court's order provided in relevant part that within 28 days "an amended complaint shall be filed that cures the defects noted in this order and complies with the Federal Rules of Civil Procedure." ECF No. 5 at 5-6. Plaintiff did not file an amended complaint.

Good cause appearing, IT IS HEREBY ORDERED that **plaintiff shall show cause, in writing, within 14 days**, why the failure to file an amended complaint should not result in a

1

recommendation that this case be dismissed for failure to prosecute. Plaintiff may respond by filing an amended complaint that complies with the court's prior order. If plaintiff fails to respond, the court will recommend dismissal of this case pursuant to Local Civil Rule 110.

SO ORDERED.

DATED: August 28, 2024

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE